leave to the defendant-respondent to serve an amended answer in conformity with the provisions of section 241 of the Civil Practice Act within ten days after service of the order to be entered herein, on payment of said costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

JOSEPH FRIEDMAN, Respondent, v. CHARLES L. ENGLISHER, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See post, p. 998.]

MARGARET S. WEEKS, Respondent, v. ROBERT PONTABRY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

In the Matter of FRANK Z. SERMAN against EDWARD CORSI, as Industrial Commissioner of the State of New York.— Motion for leave to appeal to the Court of Appeals granted. Motion for a stay granted upon petitioner's filing the undertaking prescribed by section 593 of the Civil Practice Act. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See ante, p. 894.]

In the Matter of BERNARD PINES against EDWARD CORSI, as Industrial Commissioner of the State of New York, et al.— Motion for leave to appeal to the Court of Appeals granted. Motion for a stay granted upon petitioner's filing the undertaking prescribed by section 593 of the Civil Practice Act. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See ante, p. 894.]

In the Matter of HERMAN J. BLUMENTHAL against EDWARD CORSI, as Industrial Commissioner of the State of New York, et al.— Motion for leave to appeal to the Court of Appeals granted. Motion for a stay granted upon petitioner's filing the undertaking prescribed by section 593 of the Civil Practice Act. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See ante, p. 894.]

ADELBERT REALTY CORPORATION v. ABRAHAM ROSENBLUM, as Executor and Trustee under the Will of SAMUEL K. JOHNSON, Deceased.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See ante, p. 841.]

FREDERICK F. BAYER v. OXFORD UNIVERSITY PRESS, INC.— Motion for reargument denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See ante, p. 586.]

In the Matter of L. HARDING ROGERS, JR.—Motion for reinstatement denied. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

## (May 24, 1946.)

ALVIN H. COHEN, Respondent, v. LOUIS BUNIN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon and Callahan, JJ. [183 Misc. 90.]

FLORENCE FISH, Respondent, v. COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

WALTER SATRE, Respondent, v. CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.